

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Abdel Banda and Africa Mills Ghana Limited v. Herba Ricemills, S.L.V.

Appellate case number:    01-19-00802-CV

Trial court case number:  2018-60458

Trial court:              189th District Court of Harris County

      Appellee, Herba Ricemills, S.L.V., has filed a motion to dismiss this appeal for lack of jurisdiction. Appellate briefing deadlines are ordered suspended pending the Court's determination on the motion to dismiss.

      It is so ORDERED.


Judge's signature: _____/s/ Gordon Goodman_____
                                Acting individually


Date: ___March 19, 2020___